COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 30, 2015
 No. 10-14-00361-CV
 LAKIESHA JACKSON SPEED
 v.
 THE BANK OF NEW YORK COMPANY, N.A., AS TRUSTEE
 
 
 From the County Court at Law No. 2
 Johnson County, Texas
 Trial Court No. C201400276
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Lakiesha Jackson Speed has failed in her duty to prosecute this appeal with diligence and has failed to comply with a court order or a notice from the clerk requiring a response or other action within a specified time, it is the judgment of this Court that the appeal is dismissed. 
 It is further ordered that The Bank of New York Trust Company, N.A., as Trustee is awarded judgment against Lakiesha Jackson Speed for The Bank of New York Trust Company's appellate costs that were paid, if any, by The Bank of New York Trust Company; and all unpaid appellate court cost, if any, is taxed against Lakiesha Jackson Speed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk